UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

            Plaintiff,

v.

ARMONTE T. COOK,

           Defendant.

Case No. 25-CR-071

[18 U.S.C §§ 933(a)(1) & 2(a);
21 U.S.C. §§ 841(a)(1) &
841(b)(1)(B)]

---

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about January 18, 2024, in the State and Eastern District of Wisconsin,

**ARMONTE T. COOK**

did knowingly ship, transport, transfer, cause to be transported, and otherwise dispose of a firearm, namely a Masterpiece Arms, model MPA30A, 9mm pistol, bearing serial number FX08424, to another person, in and affecting interstate commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony, as defined in section 932(a)(3).

    In violation of Title 18, United States Code, Sections 933(a)(1) and 2(a).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 19, 2024, in the State and Eastern District of Wisconsin,

**ARMONTE T. COOK**

knowingly distributed 40 grams or more of a mixture and substance containing N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## FORFEITURE NOTICE

1. Upon conviction of the firearm offense set forth in Count One of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the knowing violation of Section 933, including, but not limited to: a Masterpiece Arms, model MPA30A, 9mm pistol, bearing serial number FX08424.

2. Upon conviction of the controlled substance offense alleged in Count Two of this Indictment, the defendant shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offenses.

3. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, pursuant to 21 U.S.C. § 853(p).

Date: 4/15/2025

RICHARD G. FROHLING
Acting United States Attorney